Certificate Number: 05781-DC-DE-041239797

Bankruptcy Case Number: 26-00245



05781-DC-DE-041239797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 8:59 o'clock AM PDT, Delancia Browning completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Columbia.

Date:   July 23, 2026                    By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President